IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

KIARA A.M. LEWIS

Case No. 2:17mj615
Court Date: January 22, 2018

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 6882601

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did willfully, knowingly, and forcibly assault, resist, oppose, impede, intimidate and interfere with C.C., a military security officer and United States Department of the Navy employee engaged in the performance of his official duties.

(In violation of Title 18, United States Code, Section 111(a)(1)).

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did knowingly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111.)

COUNT THREE
(Misdemeanor)-Violation Notice No. 6882602

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant,

KIARA A.M. LEWIS, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT FOUR
(Misdemeanor)-Violation Notice No. 6882604

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did without just cause knowingly obstruct law-enforcement officers, in the performance of their duties as such and failed and refused without just cause to cease such obstruction when requested to do so by such law-enforcement officers.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-460(A).)

COUNT FIVE
(Misdemeanor)-Violation Notice No. 6883324

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did knowingly and willfully engage in conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, and recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

COUNT SIX
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States

and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did willfully and unlawfully destroy, remove, or cause to be damaged personal property not her own, resulting in damages in an amount less than $1,000.00.

(In violation of Title 18, United States Code, Section 7 and 13, assimilating Code of Virginia, Section 18.2-137.)

COUNT SEVEN
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2017, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, KIARA A.M. LEWIS, did unlawfully, in the presence and hearing of others, curse and abuse such other persons, and use violent abusive language to such persons concerning themselves and any of their relations, and did otherwise use such language, under circumstances reasonably calculated to provoke a breach of the peace.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-416.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: Jm T. Cole

James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Jas T. Cole

James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

5 December 2017
Date